UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DALVEILYS JHUSEPH URRUTIA
PINEDA,

    Petitioner,

v.

KEVIN RAYCRAFT et al.,

    Respondents.
_____/

Case No. 1:26-cv-168

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is conditionally **GRANTED** as set forth herein.

**IT IS FURTHER ORDERED** that Respondents are directed to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of this judgment, or, in the alternative, immediately release Petitioner from custody.

**IT IS FURTHER ORDERED** that, within six business days of the date of this judgment, Respondents shall file a status report with the Court to certify compliance with the Court's opinion and judgment. The status report shall include if and when the bond hearing occurred, if bond was granted or denied, and if bond was granted, the conditions of the bond, or if bond was denied, the reasons for the denial.

2

**IT IS FURTHER ORDERED** that the United States Attorney General is **DISMISSED** as a Respondent in this matter.

Dated:   February 6, 2026                              /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      United States District Judge